crossing; that the train ran against him without any signal or warning of its approach having been given; and that he was unable to see it before going upon the track, by reason of a train of freight-cars standing on a side-track next to the main line. The evidence on the material issues was directly conflicting. The first trial resulted in a verdict of $6,500 for the plaintiff, which was set aside on defendant's motion. At the second trial plaintiff had a verdict for $5,000, and he excepted to the grant of another new trial.

H. M. WRIGHT, NAT. HARRIS and R. R. HARRIS, for plaintiff. McCUTCHEN & SHUMATE and C. W. UNDERWOOD, for defendant.

---

MONDON *v.* THE WESTERN UNION TELEGRAPH COMPANY.

No reason appears to take this case out of the general rule that this court will not interfere with the discretion of the trial court in granting a first new trial.                    *Judgment affirmed.*
March 26, 1894. Argued at the last term.

Action for damages. Before Judge TURNBULL. City court of Floyd county. December term, 1892.

McHENRY, NUNNALLY & NEEL, for plaintiff. BIGBY, REED, BERRY & FOOTE and WRIGHTS & HARPER, *contra.*

---

HENDERSON *et al. v.* EAST TENN., VA. & GA. RWY. CO.

This case falls within the general rule that the first grant of a new trial by the presiding judge will not be reversed.
March 26, 1894. Argued at the last term.          *Judgment affirmed.*

Complaint for land. Before Judge HENRY. Floyd superior court. September term, 1892.

T. W. ALEXANDER and HOOPER ALEXANDER, for plaintiffs. McCUTCHEN & SHUMATE, HOSKINSON & HARRIS and C. N. FEATHERSTON, for defendant.